| 1. Person Reporting (Last name, First name, Middle initial)<br><br>TRIMBLE, JAMES T | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>3/17/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (S) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>611 Broad St., Suite 237<br><br>LAKE CHARLES, LA 70601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
MAR 26  11 21 AM '04
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T | 3/17/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Cal.Fed.Emp.Cr.Un.(Savings Account) | A | Int | K | T | | | | | |
| 2. Hibernia Bank | | None | J | T | | | | | |
| 3. Raintree Asso.-Ltd.Prshp | | None | J | W | | | | | |
| 4. 1/2 Int. ████████(Grant Par., LA) | | None | J | W | | | | | |
| 5. U.S. Sav. Bonds-Ser.EE | | None | K | T | | | | | |
| 6. Exxon Corp. Stock | A | Dividend | K | T | | | | | |
| 7. Equitable Life (S.Prem) | | None | K | T | | | | | |
| 8. American Funds (IRA) | | None | J | T | | | | | |
| 9. Fidelity Growth & Income-IRA | | None | J | T | IRA RO | 9/05 | J | | Legg Mason Opp.Trust |
| 10. Fidelity Dividend Growth | | None | J | T | IRA RO | 9/05 | J | | Legg Mason Opp. Trust |
| 11. New York Life Ins. Annuity | | None | M | T | | | | | |
| 12. Legg Mason Cash Reserves (IRA) | | Distribution | M | T | TSP RO | 10/06 | M | | See VIII |
| 13. Legg Mason Opp. Trust (IRA) | | None | M | T | Various | | | | See letter of explanation |
| 14. American Balanced Fund (IRA) | | None | K | T | Various | | | | See letter of explanation |
| 15. American Mutual Fund (IRA) | | None | K | T | Various | | | | See letter of explanation |
| 16. Euro-Pacific Growth Fund (IRA) | | None | K | T | Various | | | | See letter of explanation |
| 17. Growth Fund of America (IRA) | | None | K | T | Various | | | | See letter of explanation |
| 18. Income Fund of America (IRA) | | None | K | T | Various | | | | See letter of explanation |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRIMBLE, JAMES T | 3/17/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Washington Mutual Investors und (IRA) | | None | K | T | Various | | | | See letter of -explanation |
| 20. Legg Mason Opportunity Trust | A | Dividend | K | T | | | | | |
| 21. Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 22. Legg Mason Special Investment Trust | A | Dividend | J | T | | | | | |
| 23. Am. Cap. Stratagies | | None | K | T | IRA Rollover | 3/26 | K | | LM Cash Res. See Line 12) |
| 24. RMK High Income Fund (IRA) | | None | K | T | IRA Rollover | 6/24 | J | | LM Cash Res. (See Line 12) |
| 25. Goldman Sachs Grp. (IRA) | | None | K | T | IRA Rollover | 7/25 | K | | LM Cash Res. (See Line 12) |
| 26. American Financial Realty Trust (IRA) | | None | J | T | IRA Rollover | 6/24 | J | | LM Cash Res. (See Line 12) |
| 27. Brandywine Realty Trust (IRA) | | None | K | T | IRA Rollover | 10/14 | K | | LM Cash Res. (See Line 12) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRIMBLE, JAMES T | 3/17/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Line 12 -- Thrift Savings Plan funds(100%) transferred to IRA (Legg Mason Cash Reserves) on 10/06/03. See letter of explanation for periodic investments from Cash Reserves to stock mutual funds.

## Exhibit A

The following transfers were made from the Legg Mason Cash Reserve Fund to stock mutual funds on the dates and in the amounts indicated:

| | | | |
|---|---|---|---|
| 1) | Legg Mason Opportunity Trust | 10/16/03 | $20,000 |
| | | 11/14/03 | 20,000 |
| | | 12/15/03 | 20,000 |
| 2) | American Mutual Fund, Inc. | 10/17/03 | $5,000 |
| | | 11/14/03 | 5,000 |
| | | 12/15/03 | 5,000 |
| 3) | American Balanced Fund, Inc. | 10/17/03 | $5,000 |
| | | 11/14/03 | 5,000 |
| | | 12/15/03 | 5,000 |
| 4) | Euro Pacific Growth Fund | 10/17/03 | $5,000 |
| | | 11/14/03 | 5,000 |
| | | 12/15/03 | 5,000 |
| 5) | Growth Fund of America, Inc. | 10/17/03 | $5,000 |
| | | 11/14/03 | 5,000 |
| | | 12/15/03 | 5,000 |
| 6) | Income Fund of America, Inc. | 10/17/03 | $5,000 |
| | | 11/14/03 | 5,000 |
| | | 12/15/03 | 5,000 |
| 7) | Washington Mutual Investors Fund, Inc. | 10/17/03 | $5,000 |
| | | 11/14/03 | 5,000 |
| | | 12/15/03 | 5,000 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRIMBLE, JAMES T | 3/17/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  *March 17, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544